LAW OFFICES
SCHIFFMAN, ABRAHAM,
KAUFMAN & RITTER, P.C.
Robert L. Ritter (RLR 1519)
Three University Plaza, Suite 410
P.O. Box 568
Hackensack, NJ 07602-0568
(201) 488-2600
(201) 488-5059 – telecopier
Attorneys for Defendants, Meecorp Capital Markets, LLC,
Michael Edrei and Daniel Edrei
#22,550

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| BRAUSER REAL ESTATE, LLC, | : | |
| Plaintiff, | : | Case No.: 06-cv-01816-DMC-MF |
| vs. | : | **WARRANT OF SATISFACTION OF JUDGMENT PURSUANT TO LOCAL CIVIL RULE 79.3** |
| MEECORP CAPITAL MARKETS, LLC, MICHAEL EDREI and DANIEL EDREI, | : | |
| | : | |
| Defendants. | : | |

WHEREAS, on September 9, 2009, Judgment was entered on behalf of defendant/counterclaimant, MEECORP CAPITAL MARKET, LLC, and against plaintiff, BRAUSER REAL ESTATE, LLC, and third party defendant, GERALD BRAUSER in the amount of $400,000.00, with interest from the date of the Judgment, together with costs, and a separate Judgment in the appeal captioned <u>Brauser Real Estate, LLC vs. Meecorp Capital Markets, LLC, et als.</u>, No. 09-3702 was entered June 25, 2012 by United States Court of Appeals for the Third Circuit awarding costs to defendant/counterclaimant, MEECORP CAPITAL

MARKETS and against plaintiff, BRAUSER REAL ESTATE, LLC, and third party defendant, GERALD BRAUSER, in the amount of $695.50; and

WHEREAS the judgments have been fully paid to the defendant/counterclaimant, MEECORP CAPITAL MARKETS, LLC;

THEREFORE, satisfaction of judgment is hereby acknowledged and the Clerk of the Court is hereby authorized and directed to cancel and discharge the judgments as against plaintiff, BRAUSER REAL ESTATE, LLC and third party defendant, GERALD BRAUSER.

SCHIFFMAN, ABRAHAM,
KAUFMAN, & RITTER, P.C.
Attorneys For Defendants, Meecorp Capital Markets, LLC, Michael Edrei and Daniel Edrei

By: _____
Daniel S. Eichhorn

July 3, 2012